IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

CLEOTILDE SALINAS,

Plaintiff,

vs. CASE NO. :

WAL-MART STORES EAST, L.P.,

Defendant.
_______________________________________/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW, the Plaintiff, CLEOTILDE SALINAS, by and through the undersigned attorney, sues the Defendant, WAL-MART STORES EAST, L.P. ("WAL-MART"), alleging as follows:

1. This is an action for damages that exceed $50,000.00.

2. Defendant, WAL-MART, is now, and at all times herein mentioned, duly organized and existing under the laws of the State of Arkansas and duly authorized and licensed to do business in the State of Florida.

3. On or about December 1, 2023, Defendant, WAL-MART owned and operated the Wal-Mart located at 2523 Lee Blvd., Lehigh Acres. Lee County, Florida, that was open to the general public.

4. At all times material to this cause of action, Plaintiff, CLEOTILDE SALINAS, was on the property for purposes of purchasing merchandise and was therefore upon the premises as a business invitee.

5. At all times material to this cause of action Defendant, WAL-MART, as owner, operator, and/or manager of said premises, had a duty of reasonable care to maintain the

premises in a reasonably safe condition for the safety of invitees on the premises.

6. On or about December 1, 2023, Plaintiff, CLEOTILDE SALINAS, had been shopping in the garden center and was in the process of obtaining a bag of Rust Defense water well salt for purchase.

7. At that time and place, her feet slipped on a piece of plastic wrapping that was negligently stocked and was hazardously hanging from a product display and laying on the ground, causing her to fall and sustain severe personal injuries as hereinafter described.

8. The plastic wrapping constituted an unreasonably dangerous condition.

9. Defendant, WAL-MART, its agents, servants and/or employees, acted negligently by failing to exercise reasonable care by, among other things:

a. Failing to provide a safe place for invitees;

b. Creating an unreasonably dangerous condition;

c. Allowing a regularly occurring dangerous condition to occur and/or remain on the property;

d. Carelessly and negligently permitting and allowing a condition to remain on the premises which involved unreasonable risk of harm to another person;

e. Failing to inspect, discover and correct the aforementioned dangerous condition;

f. Carelessly and negligently failing to take reasonable precautions to guard or protect Plaintiff against said dangerous or hazardous condition; and

g. Failing to properly warn Plaintiff of the dangerous condition or to provide proper protection against same.

10. Defendant, WAL-MART, knew, or in the exercise of reasonable care should have

known, of the existence of the dangerous and hazardous condition as described above, and Defendant was negligent in not eliminating said dangerous condition.

11. As a direct and proximate result of the negligence of WAL-MART, Plaintiff, CLEOTILDE SALINAS, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, aggravation of a previously existing condition, loss of earnings, loss of ability to earn in the future, and medical care and treatment. The losses are permanent and continuing in nature and Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff, CLEOTILDE SALINAS, sues the Defendant, WAL-MART, for compensatory damages in an amount in excess of $50,000.00, exclusive of interest and costs, and demands a trial by jury of all issues triable as of right by a jury.

GOLDSTEIN, BUCKLEY,
CECHMAN, RICE, PURTZ,
SMITH & SMITH, P.A.
Attorneys for Plaintiff
P. O. Box 2366
Fort Myers, Florida 33902
(239) 334-1146 (Telephone)
(239) 334-3039 (Facsimile)

By: <u>/s/ *Mark Precheur*</u>
MARK D PRECHEUR
Florida Bar No. 1025632
KRISTIN L. STOCKS
Florida Bar No. 46790
MDPservice@gbclaw.com
MDP@gbclaw.com
KLSservice@gbclaw.com
KLS@gbclaw.com